2284.   HONEY *v.* THE STATE.

POWELL, J. The evidence authorized the verdict. The admission of the evidence objected to, even if erroneous, was not of sufficient materiality to justify a reversal.        *Judgment affirmed.*

Accusation of keeping gaming-house; from city court of Forsyth —Judge Clark. November 25, 1909.

Submitted January 12,—Decided January 21, 1910.

*B. H. Manry,* for plaintiff in error.

*R. L. Williams, solicitor,* contra.